**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TEVIN KOOSMAN**  CIVIL ACTION NO.

**VERSUS**  17-183-BAJ-EWD

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

*APPLIES TO:*

| | |
|---|---|
| 3:17-cv-01437-BAJ-EWD | Guy Denicola v. Liberty Mutual Fire Insurance Company |
| 3:17-cv-00183-BAJ-EWD | Tevin Koosman v. Liberty Mutual Fire Insurance Company |
| 3:17-cv-01726-BAJ-EWD | Cynthia Casarez v. Liberty Mutual Fire Insurance Company |
| 3:17-cv-01435-BAJ-EWD | Joseph Nichols and Amarless Nichols v. Liberty Mutual Fire Insurance Company |

**MICHELLE BOTOS**  CIVIL ACTION NO.

**VERSUS**  17-495-BAJ-EWD

**HARTFORD INSURANCE COMPANY OF THE MIDWEST, ET AL.**

*APPLIES TO:*

3:17-cv-01197-BAJ-EWD  *Hedrick v. Hartford Insurance Company of the Midwest*

**KIRBY OVERSTREET**  CIVIL ACTION NO.

**VERSUS**  17-696-SDD-EWD

**FOREMOST INSURANCE COMPANY**

*APPLIES TO:*

3:17-cv-01730-SDD-EWD  *Patricia Labeaud v. Foremost Insurance Company*

## DISCOVERY CONFERENCE REPORT AND ORDER

The parties participated in an in-person discovery conference with the undersigned on October 1, 2018.

**PRESENT:** Douglas Sunseri
Counsel for certain consolidated plaintiffs

Joseph Aguda
**William Treas**
Counsel for certain consolidated defendants,
Liberty Mutual Fire Ins. Co.,
Hartford Ins. Co. of the Midwest, and
Foremost Ins. Co.

The issues raised in the Motions for Discovery Conferences (the "Motions"), filed by defendants Liberty Mutual Fire Insurance Company, Hartford Insurance Company of the Midwest and Foremost Insurance Company (collectively "Defendants") were discussed.

Counsel for the plaintiffs requested an additional sixty (60) days to supplement the disclosures required under the Limited Scheduling Order and suggested an in-person conference with counsel to discuss the issues would be productive. The court encourages the parties to confer in whatever manner they choose to resolve any issues that arise in the case.

**IT IS HEREBY ORDERED** that by no later than **December 3, 2018**,[1] the plaintiffs in the above-listed cases shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

**IT IS FURTHER ORDERED** that, in the above-listed cases, the time for Defendants to provide a response to the plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **January 2, 2019**.

**IT IS FURTHER ORDERED** that information and responses to settlement demands required under this Order shall be provided on a rolling basis.

---

[1] December 1, 2018, a Saturday, would be the sixtieth day.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 3, 2018.

_Erin Wilder-Doomes_
**ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE**